# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143699

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

O.I.L. NIAGARAN, L.L.C., CHESAPEAKE
ENERGY CORPORATION, NORTHERN
MICHIGAN EXPLORATION COMPANY,
L.L.C., and CHESAPEAKE EXPLORATION,
L.L.C.,
        Plaintiffs,

v                               SC: 143699

13TH JUDICIAL CIRCUIT COURT, 28TH
JUDICIAL CIRCUIT COURT, 33RD JUDICIAL
CIRCUIT COURT, 46TH JUDICIAL CIRCUIT
COURT, 53RD JUDICIAL CIRCUIT COURT,
57TH JUDICIAL CIRCUIT COURT, and 90TH
DISTRICT COURT,
        Defendants.

_____/

     On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

t1114